IN THE SUPREME COURT OF THE STATE OF DELAWARE

JEFFREY MORTON, §
§
    Defendant Below, § No. 38, 2022
    Appellant, §
§ Court Below—Superior Court
    v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. 1910007361 (N)
§
    Appellee. §

Submitted: February 9, 2022
Decided: March 28, 2022

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm and the record below, we conclude that the Superior Court order denying the second motion for sentence reduction filed by the appellant, Jeffrey Morton, should be affirmed. Superior Court Criminal "Rule 35(b) does not set forth any exception to the repetitive motion bar."[1]

---

[1] *State v. Culp*, 152 A.3d 141, 144 (Del. Dec. 8, 2016). *See also Martinez v. Metzger*, 2018 WL 3768993, at *3 (Del. Aug. 7, 2018) (affirming the Superior Court's denial of a motion for sentence reduction as repetitive).

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice